DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

JON COBB; CHARLES O'DONNELL;
and SANDRA DILLARD,

Appellants,

v.

SUNCOAST PRIMATE SANCTUARY
FOUNDATION, INC.; CHRISTY HOLLEY;
NANCY NAGEL; and KEN PELTIER,

Appellees.

No. 2D2023-0776
_____

June 14, 2024

Appeal from the Circuit Court for Pinellas County; Keith Meyer, Judge.

Robert E. Biasotti and Brandon S. Vesely of The Florida Appellate Firm, P.A., St. Petersburg, for Appellants.

Lee L. Haas of Haas & Castillo, PLLC, Clearwater, for Appellees.

PER CURIAM.

Having considered the briefing and oral argument, we affirm without further comment the June 2022 and March 2023 partial final judgments to the extent that they resolve all claims and counterclaims between Suncoast Primate Sanctuary Foundation, Inc., and Sandra Dillard and Charles O'Donnell. Although Jon Cobb also appeals from those judgments, they are nonfinal and nonappealable as to him because interdependent claims against him remain pending. Accordingly, we

dismiss the appeal as to Cobb as premature. *See* Fla. R. App. P. 9.110(k); *Knott v. Genung*, 310 So. 3d 990, 991 (Fla. 2d DCA 2020); *Kidwell v. Gen. Motors Corp.*, 975 So. 2d 503, 504 (Fla. 2d DCA 2007).

Affirmed in part; dismissed in part; remanded for further proceedings.

LaROSE, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

––––––––––––––––––––––––––––

Opinion subject to revision prior to official publication.